**Order filed October 31, 2013**



In The

# Eleventh Court of Appeals

_____

## No. 11-11-00283-CR

_____

## JOE LOUIS TIENDA, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 428th District Court

### Hays County, Texas

### Trial Court Cause No. 07-802

### O R D E R

This appeal originally became unduly stalled due to the failure of Appellant's appointed counsel, Michael Packard, to file an appellate brief. Appellant's brief was originally due on November 19, 2012. On June 27, 2013, this court abated the appeal and remanded the case to the trial court. On August 8, 2013, the trial court entered an order permitting Packard to withdraw and

appointing E. Chevo Pastrano as counsel for Appellant. On September 12, 2013, this court granted a motion filed by Pastrano to extend the time in which to file Appellant's brief, and we notified Pastrano that the brief was due on or before October 7, 2013. As of today, no brief has been filed in this case. Thus, this appeal has once again become unduly stalled due to the failure of Appellant's appointed counsel to file an appellate brief.

By this order, E. Chevo Pastrano is ORDERED to file in this court a brief on behalf of Appellant on or before 5:00 p.m. on November 8, 2013. At that time, Appellant's brief shall either be physically present in the clerk's office of the Eleventh Court of Appeals at 100 West Main Street, Suite 300, in Eastland, Texas, or electronically filed in the portal for the Eleventh Court of Appeals through www.texas.gov.

PER CURIAM

October 31, 2013

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.